IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-186-CR




MARY HELEN JOHNSON,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT



NO. 35,892, HONORABLE RICK MORRIS, JUDGE



 





PER CURIAM



 This is an appeal from a conviction for possession of
amphetamine with intent to deliver. Punishment was assessed at
confinement for ten (10) years.

 There has been filed in this Court a motion, personally
signed by appellant, to withdraw the appeal. No decision of this
Court having been delivered prior to the filing of the motion, it
will be granted. Appellant's notice of appeal is hereby allowed to
be withdrawn, and the appeal is dismissed. See Tex. R. App. P.
Ann. 59(b) (Pamph. 1990).


[Before Chief Justice Carroll, Justices Jones and B. A. Smith]

Dismissed On Appellant's Motion

Filed: June 26, 1991

[Do Not Publish]